Charles Michael
212 378 7604
cmichael@steptoe.com



1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

> Granted.  The briefing schedule and page limits proposed herein are adopted.
>   So ordered.
>   Dated: March 25, 2024
>
> *J. PAUL OETKEN*
> *United States District Judge*

March 22, 2024

**By ECF**

Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *People of the State of New York v. Citibank N.A.*, 24 Civ. 0659 — Request by Consent to Extend Deadlines and Enlarge Page Limits for Motion to Dismiss

Dear Judge Oetken:

    Our firm represents defendant Citibank N.A. ("Citibank") in the above case, and we write under Rule 3.C of Your Honor's Individual Practices, to jointly request, along with Plaintiff, the New York Attorney General ("NYAG"), that Citibank's forthcoming motion to dismiss, due April 2, 2024, be briefed on the following schedule and with the following enlarged page limits:

| Filing | Deadline | Page Limit |
| --- | --- | --- |
| Motion to Dismiss | April 2, 2024 | 45 |
| Opposition | May 17, 2024 | 45 |
| Reply | June 18, 2024 | 30 |

    We make this request because of the number and novelty of the issues in the case and because of their complexity and importance.

    In brief, NYAG's Complaint challenges Citibank's processes for addressing the problem of scammers infiltrating consumers' online bank accounts to wire out money, including the legal framework Citibank uses to determine whether consumers should be reimbursed. The Complaint is 71 pages long and contains eight causes of action, based on alleged violations of various federal and state laws and regulations, several of which have been the subject of little if any litigation previously.

Hon. J. Paul Oetken
March 22, 2024
Page 2

**Steptoe**

      The parties agree that the issues justify an enlargement of the standard timetable and page limits, and respectfully request the Court "So Order" the negotiated terms reflected in this letter.

                                                                   Respectfully,

                                                                   Charles Michael

cc:    All Counsel of Record (via ECF)