UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>                                     Plaintiff,<br><br>   —*against*—<br><br>CITIBANK, N.A.,<br><br>                                 Defendant. | 24 Civ. 0659 (JPO) |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law and declaration of Charles Michael (with exhibits), Defendant Citibank, N.A. will move the Court, before the Honorable J. Paul Oetken, at the United States Courthouse, 40 Foley Square, New York, New York 10007, as soon as counsel may be heard, for an Order dismissing this action with prejudice.

Dated: April 2, 2024

Respectfully submitted,

STEPTOE LLP

By: /s/ *Charles Michael*
     James L. Brochin
     Charles Michael
     Meghan Newcomer
     1114 Avenue of the Americas
     New York, New York 10036
     (212) 506-3900
     jbrochin@steptoe.com
     cmichael@steptoe.com
     mnewcomer@steptoe.com

Julia Strickland*
David Moon*
STEPTOE LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067
(213) 439 9400
jstrickland@steptoe.com
dmoon@steptoe.com

\* *pro hac vice* application forthcoming

*Counsel for Citibank N.A.*