# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiff,<br><br>—*against*—<br><br>CITIBANK, N.A.,<br><br>Defendant. | 24 Civ. 0659 (JPO) |

## DECLARATION OF CHARLES MICHAEL

1.      I am a partner with Steptoe LLP, counsel for Defendant Citibank, N.A.

("Citibank").  I submit this declaration in support of Citibank's motion to dismiss.

2.      Attached are true copies of the following exhibits.

| Ex. | Document |
|---|---|
| A | National Commission on Electronic Transfers, *EFT in the United States, Policy Recommendation and the Public Interest* (Oct. 28, 1977) |
| B | Consumer Protection Aspects of EFT Systems, Hearings on S. 3546, S. 2470, 95th Cong. (1978) (excerpts) |
| C | The Consumer Credit Protection Act Amendments of 1977, Hearings on H.R. 8753, Part 3, 95th Cong. (1977) (excerpts) |
| D | The Consumer Credit Protection Act Amendments of 1977, Hearings on H.R. 8753, Part 1, 95th Cong. (1977) (excerpts) |
| E | New Jersey Law Revision Commission, *Report and Recommendation Concerning Uniform Commercial Code Article 4A* (Oct. 1990) |
| F | Protecting Consumers From Payment Scams Act, 117th Congress, 2d Session |
| G | Hybrid Hearing before the Task Force on Financial Technology of the Committee on Financial Services, 117th Cong. (April 28, 2022) |
| H | Senate Webpage for Hearing "Examining Scams and Fraud in the Banking System and Their Impact on Consumers," Feb. 1, 2024 (printed from https://www.banking.senate.gov/hearings/examining-scams-and-fraud-in-the-banking-system-and-their-impact-on-consumers) |
| I | Testimony of Carla Sanchez-Adams, before the U.S. Senate Committee on Banking, Housing, and Urban Affairs (Feb. 1, 2024) |

| Ex. | Document |
|-----|----------|
| J | Mary Norkol and Stephanie Zimmermann, *Federal law protects you from many financial scams but not this one — and scam artists have figured that out*, Chicago Sun-Times, Aug. 25, 2023 |
| K | Citibank Client Manual, Consumer Accounts, Effective Sept. 7, 2023 |
| L | Citibank Consumer Deposit Account Agreement, Effective Aug. 19, 2023 |
| M | Citibank, Online Terms & Conditions |
| N | Bank of America, Online Banking Service Agreement |
| O | J.P. Morgan Chase, Digital Service Agreement |
| P | Wells Fargo, Online Access Agreement |
| Q | *In re Investigation by Letita James, Attorney General of the State of New York, of Heidell, Pittoni, Murphy & Bach LLP*, Assurance of Discontinuance No. 23-011 (Mar. 3, 2023) |
| R | *Investigation by Letitia James, Attorney General of the State of New York, of HealthPlex, Inc.*, Assurance of Discontinuance No. 23-063 (Dec. 8, 2023) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 2, 2024

*/s/ Charles Michael*
Charles Michael