# EXHIBIT F

# [DISCUSSION DRAFT]

117TH CONGRESS
2D SESSION

# H. R. _____

To amend the Electronic Fund Transfer Act to treat fraudulently induced electronic fund transfers in the same manner as unauthorized electronic fund transfer, and for other purposes.

---

## IN THE HOUSE OF REPRESENTATIVES

M\_\_. _____ introduced the following bill; which was referred to the Committee on _____

---

# A BILL

To amend the Electronic Fund Transfer Act to treat fraudulently induced electronic fund transfers in the same manner as unauthorized electronic fund transfer, and for other purposes.

1    *Be it enacted by the Senate and House of Representa-*
2    *tives of the United States of America in Congress assembled,*

3    **SECTION 1. SHORT TITLE.**

4        This Act may be cited as the "Protecting Consumers
5    From Payment Scams Act".

**SEC. 2. TREATMENT OF FRAUDULENTLY INDUCED ELEC-
TRONIC FUND TRANSFERS.**

(a) DEFINITIONS.—Section 903 of the Electronic Fund Transfer Act (15 U.S.C. 1693a) is amended—

(1) in paragraph (7)—

(A) by striking subparagraphs (B) and (E);

(B) by redesignating subparagraphs (C) and (D) as subparagraphs (B) and (C), respectively;

(C) in subparagraph (B), as so redesignated, by adding ''or'' at the end; and

(D) in subparagraph (C), as so redesignated, by striking ''or'' at the end; and

(2) by amending paragraph (12) to read as follows:

''(12) the term 'unauthorized or fraudulently induced electronic fund transfer'—

''(A) means an electronic fund transfer from a consumer's account initiated by—

''(i) a person other than the consumer without actual authority to initiate such transfer; or

''(ii) the consumer, if the consumer's authorization or initiation of the electronic

1           fund transfer was fraudulently induced;

2           and

3           ''(B) does not include any electronic fund

4        transfer—

5               ''(i) initiated by a natural person

6            other than the consumer who was fur-

7            nished with the card, code, or other means

8            of access to such consumer's account by

9            such consumer, unless—

10                ''(I) the consumer has notified

11             the financial institution involved that

12             transfers by such other person are no

13             longer authorized; or

14                ''(II) the consumer was fraudu-

15             lently or coercively induced to furnish

16             the card, code, or other means of ac-

17             cess;

18             ''(ii) initiated by a consumer who has

19            fraudulent intent, or anyone acting in con-

20            cert with such a consumer; or

21             ''(iii) which constitutes an error com-

22            mitted by a financial institution.''.

23    (b) DEFINITION OF ERROR.—Section 908(f) of the

24 Electronic Fund Transfer Act (15 U.S.C. 1693f(f)) is

25 amended—

4

1   (1) in paragraph (2), by inserting ", including

2 an error made by a consumer" before the semicolon;

3   (2) by redesignating paragraphs (6) and (7) as

4 paragraphs (7) and (8), respectively; and

5   (3) by inserting after paragraph (5) the fol-

6 lowing:

7   "(6) the consumer's inability to access funds in

8 a frozen, closed, or otherwise inaccessible account,

9 except as required by a court order or law enforce-

10 ment or unless the consumer obtained the funds

11 through unlawful or fraudulent means;".

12 (c) CONSUMER LIABILITY FOR UNAUTHORIZED

13 TRANSFERS.—Section 909 of the Electronic Fund Trans-

14 fer Act (15 U.S.C. 1693g) is amended—

15   (1) in the heading, by striking "**unauthor-**

16 **ized transfers**" and inserting "**unauthorized**

17 **or fraudulently induced electronic fund**

18 **transfer**";

19   (2) in subsection (a)—

20    (A) by striking "unauthorized transfer"

21  and inserting "unauthorized or fraudulently in-

22  duced electronic fund transfer"; and

23    (B) by inserting "fraudulently induced

24  transfer or" before "loss or theft" each place

25  such term appears;

5

1    (3) in subsection (b)—

2        (A) by striking "financial institution to

3    show that" and inserting "financial institu-

4    tion—

5        "(1) to show that";

6        (B) by striking "was authorized or, if the

7    electronic fund transfer was unauthorized, then

8    the burden of proof is upon the financial insti-

9    tution" and inserting "was authorized or was

10    not fraudulently induced, as applicable; or

11        "(2) if the showing under paragraph (1) is not

12    made,"; and

13        (C) by striking ", if the transfer was initi-

14    ated after the effective date of section 905,";

15    (4) by striking "unauthorized electronic fund

16    transfer" each place such term appears and insert-

17    ing "unauthorized or fraudulently induced electronic

18    fund transfer";

19    (5) by striking "unauthorized electronic fund

20    transfers" each place such term appears and insert-

21    ing "unauthorized or fraudulently induced electronic

22    fund transfers"; and

23        (6) by adding at the end the following:

24    "(f) LIABILITY OF INSTITUTION THAT RECEIVES A

25    FRAUDULENTLY INDUCED ELECTRONIC FUND TRANS-

6

1 FER.—If a consumer's financial institution credits the
2 consumer's account for an electronic fund transfer that
3 was initiated by the consumer but was fraudulently in-
4 duced, the financial institution that received the transfer
5 shall be liable to the consumer's financial institution for
6 the amount of the credit.''.