# EXHIBIT H

FULL COMMITTEE HEARING

# Examining Scams and Fraud in the Banking System and Their Impact on Consumers

**DATE:** Thursday, February 1, 2024

**TIME:** 10:00 AM

**LOCATION:** Dirksen Senate Office Building 538

00:00:00         02:12:44

OPEN IN NEW WINDOW

# TOPIC

THE COMMITTEE ON BANKING, HOUSING AND URBAN AFFAIRS will meet in OPEN SESSION, HYBRID FORMAT to conduct a hearing entitled, "**Examining Scams and Fraud in the Banking System and Their Impact on Consumers**." The witnesses will be: **Ms. Carla Sanchez-Adams**, Senior Attorney, National Consumer Law Center; **Mr. Paul Benda**, EVP, Risk, Fraud & Cybersecurity, American Bankers Association; and **Mr. John Breyault**, Vice President of Public Policy, Telecommunications and Fraud, National Consumers League.

All hearings are webcast live and will not be available until the hearing starts. Individuals with disabilities who require an auxiliary aid or service, including closed captioning service for webcast hearings, should contact the committee clerk at 202-224-7391 at least three business days in advance of the hearing date.

# MEMBER STATEMENTS

<u>Chairman Sherrod Brown</u> *(D - Ohio)*

   📄 **DOWNLOAD STATEMENT**

<u>Ranking Member Tim Scott</u> *(R - South Carolina)*

   📄 **DOWNLOAD STATEMENT**

# WITNESSES

### Ms. Carla Sanchez-Adams
*Senior Attorney*
*National Consumer Law Center*

⤓ DOWNLOAD TESTIMONY


### Mr. Paul Benda
*EVP, Risk, Fraud & Cybersecurity*
*American Bankers Association*

⤓ DOWNLOAD TESTIMONY


### Mr. John Breyault
*Vice President Of Public Policy, Telecommunications, And Fraud*
*National Consumers League*

⤓ DOWNLOAD TESTIMONY