Charles Michael
212 378 7604
cmichael@steptoe.com



1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

June 26, 2024

**By ECF**

Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *People of the State of New York v. Citibank N.A.*, 24 Civ. 0659 —
      Request for Oral Argument on Motion to Dismiss

Dear Judge Oetken:

      Our firm represents defendant Citibank N.A. ("Citibank"), which as of yesterday has completed briefing on a motion to dismiss the above case.

      I write to respectfully request that, at an appropriate time when the motion is under consideration, the Court schedule oral argument. The issues are numerous and complex enough, we respectfully submit, that the Court may find an oral argument helpful.

      Respectfully,

      Charles Michael

cc:   All Counsel of Record (via ECF)