Charles Michael
212 378 7604
cmichael@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

**Steptoe**

August 20, 2024

**By ECF**

Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *People of the State of New York v. Citibank N.A.*, 24 Civ. 0659 —
Consent Request for Brief Adjournment of Oral Argument Date

Dear Judge Oetken:

    Our firm represents defendant Citibank N.A. ("Citibank"), and I write to respectfully request that oral argument on Citibank's motion to dismiss, currently scheduled for October 3, 2024, be adjourned to the following week, because the existing date falls on Rosh Hashanah and thereby would pose a conflict for the Citibank team. This is the first adjournment request, and counsel for Plaintiff does not object.

    Both sides can be available anytime beginning the following Monday, October 7, through Thursday, October 10, at 3:00 p.m., with Citibank having a preference, if convenient for the Court, for anytime on either October 7 or 8.

    We thank the Court for its attention to this request.

                                                          Respectfully,

                                                          Charles Michael

cc:    All Counsel of Record (via ECF)