Julia B. Strickland
213 439 9485
jstrickland@steptoe.com

633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
213 439 9400 main
www.steptoe.com

**Steptoe**

January 8, 2025

**By ECF**

Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *People of the State of New York v. Citibank N.A.*, 24 Civ. 0659 —
      Notice of Supplemental Authority

Dear Judge Oetken:

      Our firm represents defendant Citibank N.A. ("Citibank") in this proceeding.

      We write to alert the Court to a recent decision pertinent to Citibank's motion to dismiss. On Monday, the U.S. Court of Appeals for the Fifth Circuit, affirming a District Court ruling cited in our prior letter regarding supplemental authority (*see* ECF 29), held that wire transfers fall outside of the Electronic Fund Transfer Act's scope. *See Nazimuddin v. Wells Fargo Bank, N.A.*, No. 24-20343, 2025 WL 33471, at *2 (5th Cir. Jan. 6, 2025) ("Although the EFTA provides consumer protections in the context of electronic fund transfers, 15 U.S.C. § 1693(b), EFTA regulations explicitly exclude wire transfers from the definition of an electronic fund transfer. . . . As the transfers from [plaintiff's] account were undisputedly wire transfers, they are outside the scope of the EFTA and its protections do not apply.").

      Respectfully,

      */s/ Julia B. Strickland*

      Julia B. Strickland

cc:   All Counsel of Record (via ECF)