**MANDATE**

S.D.N.Y.–N.Y.C.
24-cv-659
Oetken, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3ʳᵈ day of September, two thousand twenty-five.

Present:

José A. Cabranes,
Steven J. Menashi,
*Circuit Judges*,
Lewis J. Liman,
*District Judge.* *

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2025

Citibank, N.A.,

*Petitioner*,

v.                                                                                   25-1179

The People of the State of New York, by
Letitia James, Attorney General of the State of New York,

*Respondent*.

Petitioner requests, under 28 U.S.C. § 1292(b), leave to appeal an interlocutory order of the district court. Petitioner also moves for leave to file a reply and several non-parties move for leave to file a brief as amici curiae. Respondent seeks leave to file a cross-appeal and requests an expedited briefing schedule.

Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply and the motion for leave to file an amici curiae brief are GRANTED. *See* Fed. R. App. P. 2, 29(a). It is further ORDERED that the petition for leave to appeal under § 1292(b) is GRANTED, *see Klinghoffer v. S.N.C. Achille Lauro*, 921 F.2d 21, 23–25 (2d Cir. 1990), and Respondent's

---

* Judge Lewis J. Liman, of the United States District Court for the Southern District of New York, sitting by designation.

**MANDATE ISSUED ON 09/17/2025**

request for its submissions to be treated as a cross-appeal is REFERRED to the merits panel that will consider the appeal. Respondent's brief should incorporate the proposed cross-appeal issues.

Finally, the request to expedite the appeal is GRANTED, *see* Fed. R. App. P. 2, and the parties are directed to submit a proposed briefing schedule (or alternative proposed schedules) within seven days of the entry of this order.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2